**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 47 EAL 2022

     Respondent      :

               :  Petition for Allowance of Appeal
               :  from the Order of the Superior Court

     v.          :

YASSIR GAYLE,        :

     Petitioner      :

## ORDER

**PER CURIAM**

  **AND NOW**, this 26th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.